# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEIGH ALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:24-cv-09530-PD<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,700.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: November 18, 2025

*Patricia Donahue*
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Monica Perales*
BY: _____
4 |    Monica Perales
   Attorney for plaintiff Jennifer Leigh Allen